## Dear's Estate

640

*Francis Lyttleton Maguire,* for exceptant.
*Lambert Ott, Jr.,* contra.

KLEIN, J., March 22, 1935.—The exceptions to the adjudication are based upon the refusal of the auditing judge to award the widow, in cash, as a creditor under an antenuptial agreement, a one-eighth share of the estate without deduction for inheritance taxes and costs of administration.

We find no merit in the exceptions. The reasons set forth in the adjudication amply support the conclusions of the auditing judge.

The exceptions are dismissed and the adjudication confirmed absolutely.